July 20, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

HEATHER TENINI KUENTZ, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT MICHAEL KUENTZ, DECEASED, AND AS NEXT FRIEND OF B.M.K, A MINOR, LARRY MICHAEL "ROBERT" KUENTZ AND SANDRA KUENTZ, Appellants

NO. 14-15-01031-CV                          V.

COLE SYSTEMS GROUP, INC., D/B/A THE COLE GROUP, Appellee

_____

This cause, an appeal from the partial judgment in favor of appellee, Cole Systems Group, Inc., d/b/a The Cole Group, signed November 4, 2015 and made final by order of dismissal pursuant to non-suit signed December 4, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Heather Tenini Kuentz, Individually, as Personal Representative of the Estate of Robert Michael Kuentz, deceased, and as Next Friend of B.M.K., a Minor, Larry Michael "Robert" Kuentz and Sandra Kuentz, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.